CONNORS, APPELLANT, *v.* STERLING MILK COMPANY ET AL., APPELLEES.

[Cite as *Connors v. Sterling Milk Co.* (1995), 72 Ohio St.3d 1208.]

(No. 93–2582—Submitted March 21, 1995—Decided May 3, 1995.)

*Gallon & Takacs Co., L.P.A.,* and *Theodore A. Bowman,* for appellant.

*DeNune & Killam Co., L.P.A., Duard D. Ballard* and *Ralph DeNune III*, for appellee Sterling Milk Company.

*Betty D. Montgomery*, Attorney General, *Mark E. Mastrangelo* and *Fred J. Pompeani*, Assistant Attorneys General, for appellee Administrator, Bureau of Workers' Compensation.

*Baker, Baker & Sweterlitsch* and *Douglas A. Baker*, urging reversal for *amicus curiae*, Ohio Psychological Association.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy*, urging reversal for *amici curiae*, Ohio AFL–CIO and Ohio Academy of Trial Lawyers.

---

The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.